UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EMILE AUGUST | CIVIL ACTION |
| VERSUS | NO. 23-7143 |
| SAFECO INSURANCE COMPANY OF AMERICA | SECTION "O" |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed that the case has settled.[1]

Accordingly,

**IT IS ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty days. The Court retains jurisdiction for all purposes, including enforcing the parties' settlement. Counsel are reminded that, if witnesses have been subpoenaed, every witness must be notified not to appear.

New Orleans, Louisiana, this 25th day of September, 2024.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] *See* September 19, 2024 email from Dominique B. Nicholson, with a copy to counsel of record, notifying the court of the settlement.